326 So.2d 674
**In re Larry Hudson SWEAT**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1526.**

Supreme Court of Alabama.

Nov. 13, 1975.

William J. Baxley, Atty. Gen., and Gary R. Maxwell, Asst. Atty. Gen., for the State, petitioner.

No appearance for respondent.

ALMON, Justice.

Petition of the State by its Attorney General for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Sweat v. State*, Ala.Crim.App. 1975, 57 Ala.App. 143, 326 So.2d.671.

Writ denied solely for failure to comply with amended Rule 39, Revised Rules of the Supreme Court of Alabama.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

See also, 57 Ala.App. 143, 326 So.2d 671.